ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com
Email: lowensteinlaw@prodigy.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN FRANCIA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY<br><br>　　　　Defendant | CASE NO. CV 09-7519 MAN<br><br>[PROPOSED]  ORDER  AWARDING<br>ATTORNEYS  FEES  UNDER  EAJA<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That  EAJA fees are awarded in the amount of  $5,300.00 subject to the terms of the stipulation.

Dated:   January 28, 2011

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE